# ADVERSARY PROCEEDING COVER SHEET
(Instructions on Reverse)

**ADVERSARY PROCEEDING NUMBER**

| PLAINTIFF | DEFENDANTS |
|---|---|
| WALTER W. KELLEY, TRUSTEE | CHEROKEE GRADING AND DEVELOPMENT, LLC. |
| **ATTORNEYS** (Firm Name, Address and Telephone No.)<br>Thomas D. Lovett<br>P.O. Box 1164<br>Valdosta, Georgia 31603<br>(229) 242-8838 | **ATTORNEYS** (If Known) |

**PARTY** (Check one box only)   [ ] 1 U.S. PLAINTIFF   [x] 2 U.S. DEFENDANT   [ ] 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

COMPLAINT TO AVOID PREFERENTIAL TRANSFERS, 11 U.S.C. 547

## NATURE OF SUIT
(Check the one most appropriate box only.)

[X] 454 To recover money or property

[ ] 455 To revoke an order of confirmation of a Chap. 11 or Chap. 13 plan

[ ] 456 To obtain a declaratory judgment relating to any of foregoing causes of action

[ ] 435 To determine validity, priority, or extent of a lien or other interest in property

[ ] 426 To determine the dischargeability of a debt 11 U.S.C. §523

[ ] 459 To determine a claim or cause of action removed to a bankruptcy court

[ ] 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property

[ ] 434 To obtain an injunction or other equitable relief

[ ] 498 Other (specify)

[ ] 424 To object or to revoke a discharge 11 U.S.C. §727

[ ] 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan

**ORIGIN OF PROCEEDINGS** (Check one box only.)   [X] 1 Original Proceeding   [ ] 2 Removed Proceeding   [ ] 4 Reinstated or Reopened   [ ] 5 Transferred from Another Bankruptcy Court   [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| DEMAND | NEAREST THOUSAND<br>$ 11,000 | OTHER RELIEF SOUGHT | [ ] JURY DEMAND |

### BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR<br>Easler Sand & Gravel, Inc. | BANKRUPTCY CASE NO.<br>08-51645-jdw | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Middle District of Georgia | DIVISION OFFICE<br>MACON | NAME OF JUDGE<br>JAMES D. WALKER, JR. |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only.)   [ ] FEE ATTACHED   [ ] FEE NOT REQUIRED   [X] FEE IS DEFERRED

| DATE<br>June 24, 2010. | PRINT NAME<br>Thomas D. Lovett | SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>/s/ Thomas D. Lovett |

# United States Bankruptcy Court
Middle District of Georgia
Macon Division

In re                                                               Bankruptcy Case No 08-51645-jdw

EASLER SAND & GRAVEL, INC.,
        Debtor

___

Walter W. Kelley, Trustee,
        Plaintiff,

                                                          Adversary Proceeding No.

VS.

CHEROKEE GRADING AND DEVELOPMENT, LLC.
        Defendant.

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

**To:** Cathy Reece, Registered Agent for Cherokee Grading and Development, LLC, 115 Smith Dr., Perry, Georgia 31069

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except the United States and its offices and agencies shall file a motion or answer to the compliant within 35 days.

                Clerk, United States Bankruptcy Court
                P O BOX 1957, MACON, GA 31202

Name and Address of Plaintiff's Attorney:
                            Thomas D. Lovett
                            P.O. Box 1164
                           Valdosta, Georgia 31603
                            (229) 242-8838

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

                UNITED STATES BANKRUPTCY COURT
                        433 CHERRY STREET
                           COURTROOM B
                           MACON, GA 31202
                AUGUST 16, 2010 AT 10:30 A.M. EASTERN TIME

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Seal &
Date                                                                              William E. Tanner Clerk
                                                                             U.S. Bankruptcy Court

# United States Bankruptcy Court
Middle District of Georgia
Macon Division

In re  
EASLER SAND AND GRAVEL, INC.,  
    Debtor

Bankruptcy Case No 08-81645-jdw

_____

Walter W. Kelley, Trustee  
    Plaintiff

Adversary Proceeding No.

VS.

CHEROKEE GRADING AND DEVELOPMENT, LLC.,  
    Defendant.

### CERTIFICATE OF SERVICE OF SUMMONS IN A BANKRUTPCY CASE

I, Thomas D. Lovett, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on June 25th, 2010 by:

[X]    Mail Service: **U.S. Mail**, postage fully pre-paid, addressed to:

    Cathy Reece, Registered Agent for Cherokee Grading and Development, LLC, 115 Smith Dr., Perry, Georgia 31069

**Under penalty of perjury, I declare that the following is true and correct.**

June 25th, 2010  
Date

/s/ Thomas D. Lovett  
Signature

| | |
|---|---|
| Name: | Thomas D. Lovett |
| Business Address: | Kelley, Lovett, & Blakey |
| | P.O. Box 1164 |
| City, State, Zip: | Valdosta, Georgia 31603 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| | : | NO. 08-51645 |
| EASLER SAND & GRAVEL, INC., | : | |
| Debtor. | : | Chapter 7 Proceeding |

| | | |
|---|---|---|
| WALTER W. KELLEY, TRUSTEE, | : | |
| | : | |
| Plaintiff, | : | Adversary Proceeding |
| v. | : | |
| CHEROKEE GRADING AND | : | No. |
| DEVELOPMENT, LLC, | | |
| | : | |
| Defendant. | : | |

## PREFERENCE COMPLAINT

COMES NOW WALTER W. KELLEY, TRUSTEE in the above-styled case and respectfully shows as follows:

-1-

The above-named Defendant is subject to the jurisdiction of this Court, and this Court has jurisdiction over this Complaint under 28 U.S.C. §1334, 11 U.S.C. §547 and 550.

-2-

Venue is proper in this Court pursuant to 28 U.S.C. §1409.

-3-

The Debtor filed a Chapter 11 case on June 27, 2008. The Debtor's case was converted to a chapter 7 case on January 20, 2009.

-4-

This adversary proceeding arises out of and relates to the Debtor's Chapter 7 case.

-5-

Under Bankruptcy Rule 7008(a), this adversary proceeding is a core proceeding under 28 U.S.C. §157(b)(2)(F).

-6-

During the ninety (90) days prior to June 27, 2008, the Debtor transferred to Defendant a payment or payments of at least $11, 422.38 (the "transfer").

-7-

The transfer was a transfer of the Debtor's property.

-8-

The transfer was to or for the benefit of Defendant as a creditor of the Debtor.

-9-

The transfer was for or on account of an antecedent debt owed by the Debtor to the Defendant before the transfer was made.

-10-

The transfer was made while the Debtor was insolvent.

-11-

The transfer enabled the Defendant to receive more than Defendant would have received if: (a) the case were a case under Chapter 7 of Title 11; (b) the transfer had not been made; and (c) the Defendant had received payment of its debt to the extent provided for by the Bankruptcy Code.

**WHEREFORE, PLAINTIFF PRAYS FOR JUDGMENT AGAINST DEFENDANT:**

(a) avoiding the above-described transfers;

(b) avoiding all avoidable transfers made by the debtor to defendant, even if such transfers are more or less than the amount described above or are not described above;

(c) for a judgment equal to the value of all avoidable transfers made to Defendant:

(d) for pre-judgment interest;

(e) for all costs of this action;

(f) disallowing any and all claims filed by Defendant, or any amounts owed to Defendant according to the Debtor's schedules, pursuant to 11 U.S.C. §502(d) unless the avoidable transfers are fully paid to the estate; and

(g) for such other and further relief as this Court deems equitable and just.

Thomas D. Lovett
Attorney for Trustee
Post Office Box 1164
Valdosta, Georgia 31603
(229) 242-8838
State Bar ID #459571